＄AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Federal Insurance Company a/s/o
Richard Madigan and Vigilant
Insurance Company a/s/o Michael Keneally

V.

Edward W. Graves a/k/a
E. W. Graves

FILED
CLERK'S OFFICE

2004 JUL 23 P 12:25

**SUMMONS IN A CIVIL ACTION**

04 11315 PBS

CASE NUMBER:

TO: (Name and address of Defendant)

Edward W. Graves
84 Lake Avenue
Leicester, MA 01524

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF
PATRICK J. LOFTUS, III
9 PARK STREET, SUITE 500
BOSTON, MA 02108
(617) 723-7770

an answer to the complaint which is served on you with this summons, within _Twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

JUN 15 2004
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7-14-04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Russell Castagna | Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode ~~with a person of suitable age and discretion then residing therein.~~

Name of person with whom the summons and complaint were left:

AFTERWARDS ON THE SAME DAY I MAILED 1st CLASS A COPY OF SAME TO THE WITHIN ADDRESS

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | ~~$0.00~~ $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7-14-04
                    Date

*Signature of Server*

77 L St. Boston, MA 02127
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.