UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of RICHARD MADIGAN<br>15 Mountainview Road<br>Warren, New Jersey<br><br>and<br><br>VIGILANT INSURANCE COMPANY, as subrogee of MICHAEL KENEALLY<br>15 Mountainview Road<br>Warren, New Jersey<br>　　　　　　　　Plaintiffs<br><br>v.<br><br>Edward W. Graves, a/k/a E.W. Graves,<br>84 Lake Avenue,<br>Leicester, MA<br>　　　　　　　　Defendant | CIVIL ACTION NO.: 04-11315 PBS<br><br><br>JURY TRIAL DEMANDED |

## MOTION TO DISMISS THE COMPLAINT

Plaintiffs, Federal Insurance Company, as subrogee of Richard Madigan and Vigilant Insurance Company, as subrogee of Michael Keneally, by and through their attorneys, Patrick J. Loftus, III and Hayes A. Hunt of Cozen O'Connor hereby move this Honorable Court to dismiss the civil action against Edward W. Graves a/k/a E.W. Graves without prejudice and without costs and in support of their Motion aver as follows:

1. Plaintiff agrees to dismiss the civil action against defendant Edward W. Graves a/k/a E.W. Graves without prejudice and without costs.

2. Defendant has not filed an Answer to plaintiffs' Complaint.

3. Plaintiffs and defendant have agreed to settle this matter.

WHEREFORE, Plaintiffs, Federal Insurance Company, as subrogee of Richard Madigan and Vigilant Insurance Company, as subrogee of Michael Keneally, respectfully request that this Honorable Court grant Plaintiffs' Motion to Dismiss the Complaint as to Edward W. Graves a/k/a E.W. Graves.

LAW OFFICES OF PATRICK LOFTUS, III

BY: _____
PATRICK LOFTUS, III, ESQUIRE
9 Park Street, Suite 500
Boston, MA 02108
(616) 723-7770

OF COUNSEL:

HAYES A. HUNT, ESQUIRE
COZEN O'CONNOR
1900 Market Street
The Atrium
Philadelphia, PA 19103
(215) 665-4734

                            Attorneys for Plaintiff